CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

June 2, 2015

Senrick Shern Wilkerson
#1885146
Ramsey I Unit
1100 F.M. 655 7 E-2-17T
Rosharon, TX, 77583

RE:  Court of Appeals Number:  05-15-00617-CV
     Trial Court Case Number:  DC-15-01662

Style:  Senrick Wilkerson
        v.
        Dallas Police Department

Dear Mr. Wilkerson:

        We have received your letter dated May 25, 2015 in which you included documents that you requested this Court transmit to the district clerk.  We have forwarded those documents to the district clerk as requested.  Please be advised that in the future we will not be able to assist you with the transmission of documents to the district clerk.  In the future, you must make other arrangements for the transmittal of any documents that you wish to file in the district court.

        Respectfully,

        /s/ Lisa Matz, Clerk of the Court

LM/bm